IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 14-6354 |
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 16-6568 |
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 17-1508 |
| JENN-CHING LUO | : | CIVIL ACTION |
| v. | : | |
| OWEN J. ROBERTS SCHOOL DISTRICT, et al. | : | NO. 21-1098 |

ORDER

AND NOW, this 30th day of October, 2023, it is hereby ORDERED that:

(1) The motions of plaintiff Jenn-Ching Luo for entry of default in Luo I, Civ. A. No. 14-6354 (Doc. # 115), Luo IV, Civ. A. No. 16-6568 (Doc. # 35), and Luo V, Civ. A. No. 17-1508 (Doc. # 29), dated October 5, 2023, are DENIED.

(2) Pursuant to Judge O'Neill's order, dated November 28, 2016, all claims against defendant Owen J. Roberts School

District in Luo I, Civ. A. No. 14-6354, are DISMISSED WITH PREJUDICE.

(3) Defendant Geoffrey Ball may FILE A RENEWED MOTION TO DISMISS in Luo I, Civ. A. No. 14-6354, to the Section 1983 claims against him in Luo I within twenty days of this order. Otherwise, he shall file an answer within twenty days.

(4) All claims in Luo IV, Civ. A. No. 16-6568, are DISMISSED WITH PREJUDICE.  The clerk shall mark this case closed.

(5) All claims in Luo V, Civ. A. No. 17-1508, are DISMISSSED WITH PREJUDICE.  The clerk shall mark this case closed.

(6) The IDEA claim against defendant Owen J. Roberts School District in Luo VI, Civ. A. No. 21-1098, is DISMISSED WITH PREJUDICE.

(7) Defendant Pennsylvania Department of Education may FILE A SUPPLEMENTAL MOTION TO DISMISS in Luo VI, Civ. A. No. 21-1098, to the IDEA claim against it within twenty days of this order.  Otherwise, it shall file an answer within twenty days.

BY THE COURT:

/s/   Harvey Bartle III
                          J.